In the United States District Court for the Southern District of Florida

CASE NO.: 13-CV-61212-Dimitrouleas/smw

~~CIRCUIT~~ CIVIL District

United States of America

_____,

PLAINTIFF(S),

VS.

Edgar A. Rivera

_____, ET AL

DEFENDANT(S)

_____/

FILED 2013 JUL 22 PM 2:16

ANSWER TO COMPLAINT  Judgement being filed against defendant for failure to pay school loans.

COMES NOW, Defendant, Edgar A. Rivera, filing pro se, and answers this complaint as follows:

1. Affirm

2. Affirm

3. Neither Affirm or Deny

4. Neither Affirm or Deny

5. _____

FURTHERMORE, Defendant, <u>Edgar A. Rivera</u>, hereby asserts the following Affirmative Defenses:

### FIRST AFFIRMATIVE DEFENSE
<u>Production of Original Documents</u>

<u>Plaintiffs have failed to produce the original Promissory Note and anyother documents pertaining to said loan.</u>

### SECOND AFFIRMATIVE DEFENSE

### THIRD AFFIRMATIVE DEFENSE

### FOURTH AFFIRMATIVE DEFENSE

WHEREFORE, Defendant, Edgar A. Rivera, requests that this court:

Compel Plaintiffs to prove their legal standing to initiate this judgement proceeding.

I certify that a copy of this document was [✓ **one** only] (✓) mailed ( ) faxed and mailed ( ) hand delivered to the person(s) listed below on {date}_____.

**Plaintiff or his/her attorney:**
Name: Steven M. Davis
Address: 121 Alhambra Plaza, 10th Floor
City, State, Zip: Coral Gables, FL 33134
Fax Number:

Date: July 22, 2013

Signature of Defendant
Printed Name: Edgar A. Rivera
Address: 11620 NW 24th Ct
City, State, Zip: Coral Springs, FL 33065
Telephone Number: 954-401-6181
Fax Number: